470 A.2d 968

**In re John Jay SMITH, Jr., and Amy Jo Smith.**

**Appeal of Thomas C. GEMBINSKI and Beverly J. Gembinski, Intervenors.**

Supreme Court of Pennsylvania.

Argued Jan. 23, 1984.

Decided Jan. 24, 1984.

Charles B. Swigart, Huntingdon, for appellant.

David A. Ody, Huntingdon, for Huntingdon Cty. Children's Services.

Jeffrey L. Ledbetter, Huntingdon, for Natural parents.

Robert B. Stewart, III, Huntingdon, for Guardian Ad Litem.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Matter transferred to Superior Court for expedited disposition pursuant to Rule 751, Pa.R.A.P.

FLAHERTY, McDERMOTT and HUTCHINSON, JJ., dissent and would dismiss as interlocutory.